

# NUMBER 13-22-00066-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| **MARTIN VARELA-OLVERA JR.,** | **Appellant,** |
| **v.** | |
| **THE STATE OF TEXAS,** | **Appellee.** |

### On appeal from the 25th District Court
### of Gonzales County, Texas.

# ORDER OF ABATEMENT

### Before Justices Longoria, Hinojosa, and Silva
### Order Per Curiam

This cause is before the Court on its own motion. Appellant, Martin Varela-Olvera Jr., is attempting to appeal a conviction in trial court cause number 306-17-B. The trial court's certification of the defendant's right to appeal indicates appellant has waived the right to appeal and he has no right to appeal. *See* TEX. R. APP. P. 25.2(a)(2). Accordingly, on February 17, 2022, we directed appellant's counsel to review the record and

determine, identify, and explain if appellant has a right to appeal.

Upon review of the response and reporter's record, we have determined the trial court's certification of appellant's right of appeal is incorrect or otherwise defective. *See Dears v. State*, 154 S.W.3d 610, 614-15 (Tex. Crim. App. 2005); *see* TEX. R. APP. P. 34.5(c); 37.1. A defective certification includes a certification that is correct in form, but, when compared with the record before the court, proves to be inaccurate. *Dears*, 154 S.W.3d at 614.

Because the trial court's certification of defendant's right to appeal is defective, we abate and remand this case to the trial court. The trial court shall cause a hearing to be held to determine (1) whether the trial court's certification of appealability is correct and (2) whether the appellant has the right of appeal. We further direct the trial court to issue findings of fact and conclusions of law regarding these issues. The trial court's amended certification, if any, and any orders it enters shall be included in a supplemental clerk's record. The trial court is directed to cause a supplemental clerk's record and supplemental reporter's record to be filed with the Clerk of this Court within thirty days of the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
23rd day of March, 2022.